**David H. KATZ and Daniel M. Collins, individually and as General Partners of the Phoenix Milwest Limited Partnership, and Barbara D. Katz, individually, Appellants,**

v.

**ZONING HEARING BOARD OF WESTFALL TOWNSHIP.**

Supreme Court of Pennsylvania.

Argued April 28, 1998.

Decided May 19, 1998.

David H. Katz, pro se.

Jill E. Fackenthal, East Stroudsburg, for Daniel M. Collins, et al.

Jack G. Linshaw, Milford, for Zoning Appeal Bd. of Westfall.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.